IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CAUSE NO. EP-22-CV-4-KC** |
| § | |
| **BCO CONSULTING SERVICES,** § | |
| **INC., a California Corporation,** § | |
| **KISHAN BHAKTA, BRANDON** § | |
| **CLORES, and GIANNI OLILANG,** § | |
| § | |
| **Defendants.** § | |

## ORDER

On this day, the Court considered Plaintiff's Motion to Dismiss with Prejudice in the above-captioned case, ECF No. 8. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Proposed Order, it is hereby **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all pending motions in this case are **DENIED** as moot.

**IT IS FURTHER ORDERED** that all costs of court and attorneys' fees shall be paid by the party incurring same.

The Clerk shall close the case.

**SO ORDERED**.

SIGNED this 20th day of April, 2022.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE